| | | | |
|---|---|---|---|
| Com. v. Cole [12] | 07/26/2016174 WAL (2016) | Denied | Pa.Super., 135 A.3d 191 |
| Com. v. Colton [13] | 07/27/2016151–152 MAL (2016) | Denied | Pa.Super., 141 A.3d 587 |
| Com. v. Correa–Ayala [14] | 07/27/2016241 MAL (2016) | Denied | Pa.Super., 144 A.3d 199 |
| Com. v. Cunningham | 08/02/2016177 EAL (2016) | Denied | Pa.Super., 145 A.3d 772 |
| Com. v. Day [15] | 08/02/2016250 MAL (2016) | Denied | Pa.Super., 144 A.3d 205 |
| Com. v. DePugh [16] | 07/27/2016205 MAL (2016) | Denied | Pa.Super., 141 A.3d 596 |
| Com. v. Dill | 07/19/2016116 EAL (2016) | Denied | Pa.Super., 136 A.3d 1037 |
| Com. v. Evans | 07/19/2016128 EAL (2016) | Denied | Pa.Super., 141 A.3d 605 |
| Com. v. Evans | 08/02/2016247 MAL (2016) | Denied | Pa.Super., 144 A.3d 198 |
| Com. v. Evans [17] | 08/04/2016163 EAL (2016) | Denied | Pa.Super., 135 A.3d 649 |

12. Justice MUNDY did not participate in the consideration or decision of this matter.

13. Justice MUNDY did not participate in the consideration or decision of this matter.

14. Justice MUNDY did not participate in the consideration or decision of this matter.

15. Justice MUNDY did not participate in the consideration or decision of this matter.

16. Justice MUNDY did not participate in the consideration or decision of this matter.

17. Justices DONOHUE and MUNDY did not participate in the consideration or decision of this matter.